AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES | ) |
| Plaintiff | ) |
| v. | ) Case No. 24-cr-519 |
| DNORRIS GOINS | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DNORRIS GOINS.

Date:   05/09/2025

*Attorney's signature*

Jay Mykytiuk #976596
*Printed name and bar number*
Monument Legal
1100 H Street NW #1010
Washington, D.C. 20005

*Address*

jpm@monumentlegal.com
*E-mail address*

(202) 630-1522
*Telephone number*

*FAX number*